**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-04-1172-02-PHX-DGC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Randy Earl Wright, | ) | |
| Defendant. | ) | |

On April 30, 2013, defendant Randy Earl Wright appeared before this Court for a preliminary revocation hearing on an Amended Petition to Revoke Conditions of Supervised Release. The Court, having considered the information provided to the Court and the arguments of counsel, finds there is probable cause to believe the defendant has violated his conditions of Supervised Release as alleged in the Amended Petition.

IT IS ORDERED setting this matter for an Admit/Deny Hearing on May 8, 2013 at 1:45 PM before Magistrate Judge Duncan, in Courtroom 305.

DATED this 1st day of May, 2013.

Edward C. Voss
United States Magistrate Judge